722

Commonwealth *v.* Jones, Appellant.

Submitted September 10, 1973. *Philip Bagdon,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Kish, Appellant.

Submitted September 10, 1973. *Philip D. Lauer,* for appellant; *Alan B. McFall,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* LeGrande, Appellant.

Argued September 17, 1973. *Taylor Andrews,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James Garrett,* with him *James T. Ranney,* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.